IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VEERENDER REDDY KANDI, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06cv719 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 9, the motion by the plaintiff, Veerender Reddy Kandi, for a voluntary dismissal of the above-entitled case. Pursuant to Fed. R. Civ. P. 41(a)(1), the motion is granted. Judgment of dismissal without prejudice will be entered accordingly.

SO ORDERED.

DATED this 17th day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge